USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 4 2018

JUDGE FORREST

18 CRIM 326

FILED
DEC 2 1 2017
Clerk, U S District Court
District Of Montana
Billings

W. ADAM DUERK
Assistant U.S. Attorney
U.S. Attorney's Office
105 E. Pine Street
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Adam.Duerk@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RADU "TARZAN" ANGHEL, NICOLAE MUNTEAN, and GAVRIL PIDONE MUNTEAN, Defendants. | CR 17-22-BU-DLC<br><br>INDICTMENT<br><br>CONSPIRACY (Count 1)<br>18 U.S.C. § 371<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release)<br><br>BANK FRAUD (Counts 2-7)<br>18 U.S.C. §§ 1344, 2<br>(Penalty: 30 years imprisonment, $1,000,000 fine, and five years supervised release)<br><br>FALSE STATEMENT TO FEDERALLY INSURED BANK (Counts 8-13)<br>18 U.S.C. §§ 1014, 2<br>(Penalty: 30 years imprisonment, $1,000,000 fine, and five years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

1

## COUNT 1
### Conspiracy

Beginning on or about June 19, 2017, and continuing until approximately June 23, 2017, in Missoula, Helena, Three Forks, Bozeman and Boulder, in the State and District of Montana , and elsewhere, the defendants, RADU "TARZAN" ANGHEL, NICOLAE MUNTEAN, and GAVRIL PIDONE MUNTEAN, did knowingly conspired and agreed with each other to commit an offense against the laws of the United States, namely to knowingly execute and attempt to execute a material scheme and artifice to defraud federally insured lending institutions and to obtain money and property owned by, and under custody and control of, those financial institutions, by means of materially false and fraudulent pretenses and representations, in violation of 18 U.S.C. § 1344, all in violation of 18 U.S.C. § 371.

### Overt Acts

In furtherance of the conspiracy, and to effect its object, the defendants, RADU "TARZAN" ANGHEL, NICOLAE MUNTEAN, and GAVRIL PIDONE MUNTEAN, committed numerous overt acts in the District of Montana and elsewhere, including, but not limited to, the following:

1. On or about June 20, 2017, RADU "TARZAN" ANGHEL entered a Stockman Bank in Helena, Montana, presented a sum of United States currency to the teller, requested an equivalent sum in alternate denominations, and engaged in

2

sleight-of-hand techniques and other distracting tactics in order to defraud the bank of the sum of $1,950.

2. On or about June 20, 2017, NICOLAE MUNTEAN entered a Valley Bank in Helena, Montana, presented a sum of United States currency to the teller, requested an equivalent sum in alternate denominations, and engaged in sleight-of-hand techniques and other distracting tactics in order to defraud the bank of the sum of $2,450.

3. On or about June 20, 2017, GAVRIL PIDONE MUNTEAN entered a Wells Fargo Bank in Helena, Montana, presented a sum of United States currency to the teller, requested an equivalent sum in alternate denominations, and engaged in sleight-of-hand techniques and other distracting tactics in order to defraud the bank of the sum of $1,000.

### COUNTS 2-7
### Bank Fraud
### The Scheme To Defraud

On or about June 20, 2017, at Helena, Bozeman, Boulder, and Three Forks, in the State and District of Montana, and elsewhere, the defendants, RADU "TARZAN" ANGHEL, NICOLAE MUNTEAN, and GAVRIL PIDONE MUNTEAN, knowingly executed and attempted to execute a material scheme and artifice to defraud financial institutions and to obtain money owned by, and under custody and control of a financial institution, by means of materially false and

fraudulent pretenses and representations, that is, the defendants presented a sum of United States currency to the tellers, requested an equivalent sum in alternate denominations, and engaged in sleight-of-hand techniques and other distracting tactics in order to defraud the financial institution of the sums in the table below, and aided and abetted the same, in violation of 18 U.S.C. §§ 1344 and 2.

| Count | Defendant | Financial Institution | Date | Amount |
|---|---|---|---|---|
| 2 | Gavril Muntean | Wells Fargo, Helena | 6/20/2017 | $1,000 |
| 3 | Radu Anghel | Stockman Bank, Helena | 6/20/2017 | $1,950 |
| 4 | Nicolae Muntean | Valley Bank, Helena | 6/20/2017 | $2,450 |
| 5 | Gavril Muntean | First Boulder Valley Bank, Boulder | 6/20/2017 | $1,500 |
| 6 | Radu Anghel | First Security Bank, Three Forks | 6/20/2017 | $1,860 |
| 7 | Nicolae Muntean | American Bank, Bozeman | 6/20/2017 | $1,300 |

### COUNTS 8-13
### FALSE STATEMENTS

On or about June 20, 2017, at Helena, Boulder, Three Forks and Bozeman, in the State and District of Montana, and elsewhere, the defendants, RADU "TARZAN" ANGHEL, NICOLAE MUNTEAN, and GAVRIL PIDONE MUNTEAN, knowingly made material false statements for the purpose of influencing the actions of financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation, that is the defendants claimed to be exchanging currency of equal value in different denominations, when in truth and

4

fact, they obtained larger sums of money than they presented for exchange, as outlined below, in violation of 18 U.S.C. §§ 1014 and 2.

| Count | Defendant | Financial Institution | Date | Amount |
|---|---|---|---|---|
| 8 | Gavril Muntean | Wells Fargo, Helena | 6/20/2017 | $1,000 |
| 9 | Radu Anghel | Stockman Bank, Helena | 6/20/2017 | $1,950 |
| 10 | Nicolae Muntean | Valley Bank, Helena | 6/20/2017 | $2,450 |
| 11 | Gavril Muntean | First Boulder Valley Bank, Boulder | 6/20/2017 | $1,500 |
| 12 | Radu Anghel | First Security Bank, Three Forks | 6/20/2017 | $1,860 |
| 13 | Nicolae Muntean | American Bank, Bozeman | 6/20/2017 | $1,300 |

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons: _____
Warrant: ✗ _____
Bail: _____

5